Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of VALENTINO FARDA, Respondent, v. McKEOWN PLASTERING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of JULIA FLEMING, Respondent, v. GEORGE N. FLINN CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of the Claim of JOHN J. MARKS, Respondent, v. B. T. BABBITT, INC., et al., Appellants, and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of the Claim of LEROY VELLIA, Respondent, v. AMERICAN BAKERIES Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of the Claim of MARGARET STUBBS, Respondent, v. VILLAGE OF GREAT NECK ESTATES et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—